**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-17579 |
| | § | |
| ROBERT D. CHIERO | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/19/2015. The undersigned trustee was appointed on 05/19/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $2,952.85

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $34.45 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $229.46 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,688.94 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/05/2016 and the deadline for filing government claims was 04/05/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $680.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $680.85, for a total compensation of $680.85[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $19.11, for total expenses of $19.11.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/11/2017         By:  /s/ David P. Leibowitz
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

Page No: 1    Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-17579-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHIERO, ROBERT D. | Date Filed (f) or Converted (c): | 05/19/2015 (f) |
| For the Period Ending: | 3/11/2017 | §341(a) Meeting Date: | 06/11/2015 |
| | | Claims Bar Date: | 04/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Residence: 409 Barnsley Place, Northbrook IL 60062 FMV based off of estimate from lender while attempting to refinance mortgage. | $300,000.00 | $17,824.00 | | $0.00 | FA |
| 2 | Northbrook Bank Checking Account | $2,594.19 | $2,294.19 | | $969.85 | FA |
| 3 | Fifth Third Savings Account | $2,175.66 | $2,175.66 | | $0.00 | FA |
| Asset Notes: | Determined non-exempt funds were actually 2014 tax refund (exempted separately) | | | | | |
| 4 | Misc. household furniture | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Clothes | $100.00 | $0.00 | | $0.00 | FA |
| 6 | 2014 Federal Income Tax Refund | $4,300.00 | $800.00 | | $0.00 | FA |
| Asset Notes: | This tax refund was separately listed by Debtor on schedules; however, it was received prepetition and deposited into his Northbrook Bank checking account, asset no. 2 above. | | | | | |
| 7 | 2014 IDOR State Income Tax Refund | $800.00 | $800.00 | | $0.00 | FA |
| Asset Notes: | This tax refund was separately listed by Debtor on schedules; however, it was received prepetition and deposited into his Northbrook Bank checking account, asset no. 2 above. | | | | | |
| 8 | 2006 Toyota Corolla - 65,000 miles | $4,900.00 | $0.00 | | $0.00 | FA |
| 9 | $1000 pre-payment of 2015 taxes from 2014 refund (u) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| 10 | 2015 tax refund (u) | $0.00 | $753.54 | | $983.00 | FA |
| Asset Notes: | $1983.00 receive 8/15/2016 $753.54 is Estate share $1000.00 is pre-paid portion from 2014 taxes $229.46 is Debtor's share | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                          **Gross Value of Remaining Assets**

$315,069.85       $25,647.39                $2,952.85              $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 15-17579-TAB | |
| **Case Name:** | CHIERO, ROBERT D. | |
| **For the Period Ending:** | 3/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 05/19/2015 (f) |
| **§341(a) Meeting Date:** | 06/11/2015 |
| **Claims Bar Date:** | 04/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/20/2016   2016 Reporting Period:
Asset Case - Non-exempt funds in debtor's bank account.
$1000 pre-paid 2015 taxes from 2014 return. Awaiting 2015 tax returns for review.

TFR pending receipt of 2015 tax returns.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2016 | **Current Projected Date Of Final Report (TFR):** | /s/ DAVID LEIBOWITZ |
| | | | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 15-17579-TAB | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | CHIERO, ROBERT D. | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6210 | | **Checking Acct #:** | ******7901 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Robert Chiero |
| **For Period Beginning:** | 5/19/2015 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/11/2017 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 02/24/2016 | (2) | Robert Chiero | Non-exempt portion of bank account. | 1129-000 | $969.85 | | $969.85 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.25 | $969.60 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $968.04 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $966.48 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $964.98 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $963.48 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.55 | $961.93 |
| 08/15/2016 | | ROBERT CHIERO | 2015 Tax Refund | * | $1,983.00 | | $2,944.93 |
| | {10} | | Estate Portion of Tax Refund  $753.54 | 1224-000 | | | $2,944.93 |
| | {9} | | $1000 pre-payment of 2015 taxes from 2014 refund  $1,000.00 | 1224-000 | | | $2,944.93 |
| | {10} | | Debtor's portion of 2015 tax refund  $229.46 | 1224-002 | | | $2,944.93 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.20 | $2,941.73 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.90 | $2,936.83 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.43 | $2,932.40 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.57 | $2,927.83 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.72 | $2,923.11 |
| 01/27/2017 | 3001 | ROBERT CHIERO | 2015 Tax Refund - Debtor's Portion | 8100-002 | | $229.46 | $2,693.65 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.71 | $2,688.94 |

**SUBTOTALS**  $2,952.85    $263.91

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2   Exhibit B

| Case No. | 15-17579-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHIERO, ROBERT D. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6210 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Robert Chiero |
| For Period Beginning: | 5/19/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/11/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | **TOTALS:** |  | $2,952.85 | $263.91 | $2,688.94 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $2,952.85 | $263.91 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $229.46 |  |
|  |  |  | **Net** |  | $2,952.85 | $34.45 |  |

|  | For the period of 5/19/2015 to 3/11/2017 |  | For the entire history of the account between 02/24/2016 to 3/11/2017 |  |
|---|---|---|---|---|
| Total Compensable Receipts: | $2,723.39 | Total Compensable Receipts: | $2,723.39 |
| Total Non-Compensable Receipts: | $229.46 | Total Non-Compensable Receipts: | $229.46 |
| Total Comp/Non Comp Receipts: | $2,952.85 | Total Comp/Non Comp Receipts: | $2,952.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $34.45 | Total Compensable Disbursements: | $34.45 |
| Total Non-Compensable Disbursements: | $229.46 | Total Non-Compensable Disbursements: | $229.46 |
| Total Comp/Non Comp Disbursements: | $263.91 | Total Comp/Non Comp Disbursements: | $263.91 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 3 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-17579-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHIERO, ROBERT D. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6210 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Robert Chiero |
| For Period Beginning: | 5/19/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/11/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,952.85 | $263.91 | $2,688.94 |

**For the period of 5/19/2015 to 3/11/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,723.39 |
| Total Non-Compensable Receipts: | $229.46 |
| Total Comp/Non Comp Receipts: | $2,952.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $34.45 |
| Total Non-Compensable Disbursements: | $229.46 |
| Total Comp/Non Comp Disbursements: | $263.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/19/2015 to 3/11/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,723.39 |
| Total Non-Compensable Receipts: | $229.46 |
| Total Comp/Non Comp Receipts: | $2,952.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $34.45 |
| Total Non-Compensable Disbursements: | $229.46 |
| Total Comp/Non Comp Disbursements: | $263.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**CLAIM ANALYSIS REPORT** Page No: 1
Exhibit C

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 15-17579-TAB | | | | | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CHIERO, ROBERT D. | | | | | | | **Date:** | 3/11/2017 |
| **Claims Bar Date:** | 04/05/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR TD Bank, USA PO Box 248866 Oklahoma City OK 73124-8866 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $494.80 | $0.00 | $0.00 | $0.00 | $494.80 |
| 4 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,182.29 | $0.00 | $0.00 | $0.00 | $4,182.29 |
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $19.11 | $0.00 | $0.00 | $0.00 | $19.11 |
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $680.85 | $0.00 | $0.00 | $0.00 | $680.85 |
| 2 | FIFTH THIRD BANK 1830 E Paris S.E MS #RSCB3E Grand Rapids MI 49546 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $16,534.57 | $0.00 | $0.00 | $0.00 | $16,534.57 |
| 3 | FIFTH THIRD BANK 1830 E Paris S,E, MS #RSCB3E Grand Rapids MI 49546 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $9,842.61 | $0.00 | $0.00 | $0.00 | $9,842.61 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,535.00 | $0.00 | $0.00 | $0.00 | $1,535.00 |

CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No.: | 15-17579-TAB | | | | | | | | Trustee Name: David Leibowitz |
| Case Name: | CHIERO, ROBERT D. | | | | | | | | Date: 3/11/2017 |
| Claims Bar Date: | 04/05/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $5.65 | $0.00 | $0.00 | $0.00 | $5.65 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(GAP VISA CARD)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,851.83 | $0.00 | $0.00 | $0.00 | $2,851.83 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(ABT ELECTRONICS)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $318.33 | $0.00 | $0.00 | $0.00 | $318.33 |
| | | | | | $36,465.04 | $0.00 | $0.00 | $0.00 | $36,465.04 |

**CLAIM ANALYSIS REPORT**  Page No: 3
Exhibit C

| | | | |
|---|---|---|---|
| **Case No.** | 15-17579-TAB | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CHIERO, ROBERT D. | **Date:** | 3/11/2017 |
| **Claims Bar Date:** | 04/05/2016 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $5.65 | $5.65 | $0.00 | $0.00 | $0.00 | $5.65 |
| Attorney for Trustee Fees (Trustee Firm) | $1,535.00 | $1,535.00 | $0.00 | $0.00 | $0.00 | $1,535.00 |
| General Unsecured § 726(a)(2) | $494.80 | $494.80 | $0.00 | $0.00 | $0.00 | $494.80 |
| Payments to Unsecured Credit Card Holders | $33,729.63 | $33,729.63 | $0.00 | $0.00 | $0.00 | $33,729.63 |
| Trustee Compensation | $680.85 | $680.85 | $0.00 | $0.00 | $0.00 | $680.85 |
| Trustee Expenses | $19.11 | $19.11 | $0.00 | $0.00 | $0.00 | $19.11 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:         15-17579
Case Name:    ROBERT D. CHIERO
Trustee Name:  David P. Leibowitz

                                                    Balance on hand:          $2,688.94

Claims of secured creditors will be paid as follows: NONE

                                        Total to be paid to secured creditors:          $0.00
                                                    Remaining balance:      $2,688.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $680.85 | $0.00 | $680.85 |
| David P. Leibowitz, Trustee Expenses | $19.11 | $0.00 | $19.11 |
| Lakelaw, Attorney for Trustee Fees | $1,535.00 | $0.00 | $1,535.00 |
| Lakelaw, Attorney for Trustee Expenses | $5.65 | $0.00 | $5.65 |

                    Total to be paid for chapter 7 administrative expenses:      $2,240.61
                                                    Remaining balance:          $448.33

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

                    Total to be paid to prior chapter administrative expenses:          $0.00
                                                    Remaining balance:          $448.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

                                        Total to be paid to priority claims:          $0.00
                                                    Remaining balance:          $448.33

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $34,224.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | $494.80 | $0.00 | $6.47 |
| 2 | Fifth Third Bank | $16,534.57 | $0.00 | $216.60 |
| 3 | Fifth Third Bank | $9,842.61 | $0.00 | $128.94 |
| 4 | Capital One Bank (USA), N.A. | $4,182.29 | $0.00 | $54.79 |
| 5 | Portfolio Recovery Associates, LLC | $2,851.83 | $0.00 | $37.36 |
| 6 | Portfolio Recovery Associates, LLC | $318.33 | $0.00 | $4.17 |

Total to be paid to timely general unsecured claims: $448.33
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**