**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-17579 |
| | § | |
| ROBERT D. CHIERO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $293,675.66 | Assets Exempt: | $19,100.00 |
| Total Distributions to Claimants: | $448.33 | Claims Discharged Without Payment: | $44,732.10 |
| Total Expenses of Administration: | $2,275.06 | | |

3) Total gross receipts of $2,952.85 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $229.46 (see **Exhibit 2**), yielded net receipts of $2,723.39 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $274,580.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,275.06 | $2,275.06 | $2,275.06 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $45,077.00 | $34,224.43 | $34,224.43 | $448.33 |
| **Total Disbursements** | $319,657.00 | $36,499.49 | $36,499.49 | $2,723.39 |

4). This case was originally filed under chapter 7 on 05/19/2015. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2017            By:   /s/ David P. Leibowitz
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Northbrook Bank Checking Account | 1129-000 | $969.85 |
| $1000 pre-payment of 2015 taxes from 2014 refund | 1224-000 | $1,000.00 |
| 2015 tax refund | 1224-000 | $983.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,952.85** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ROBERT CHIERO | Exemptions | 8100-002 | $229.46 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$229.46** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Caf/Carmax Auto Finance | 4110-000 | $7,404.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $140,278.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $126,898.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$274,580.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $680.85 | $680.85 | $680.85 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $19.11 | $19.11 | $19.11 |
| Green Bank | 2600-000 | NA | $34.45 | $34.45 | $34.45 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,535.00 | $1,535.00 | $1,535.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $5.65 | $5.65 | $5.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,275.06** | **$2,275.06** | **$2,275.06** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | $494.00 | $494.80 | $494.80 | $6.47 |
| 2 | Fifth Third Bank | 7100-900 | $16,534.00 | $16,534.57 | $16,534.57 | $216.60 |
| 3 | Fifth Third Bank | 7100-900 | $9,692.00 | $9,842.61 | $9,842.61 | $128.94 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $4,182.00 | $4,182.29 | $4,182.29 | $54.79 |
| 5 | Portfolio Recovery Associates, LLC | 7100-900 | $2,851.00 | $2,851.83 | $2,851.83 | $37.36 |
| 6 | Portfolio Recovery Associates, LLC | 7100-900 | $368.00 | $318.33 | $318.33 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 6; Portfolio Recovery Associates, LLC) | 7100-901 | $0.00 | $0.00 | $0.00 | $4.17 |
| | Cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $2,651.00 | $0.00 | $0.00 | $0.00 |
| | Citibank Sd, Na | 7100-000 | $3,891.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | First National Bank | 7100-000 | $4,358.00 | $0.00 | $0.00 | $0.00 |
| | Kohls/capone | 7100-000 | $56.00 | $0.00 | $0.00 | $0.00 |
| | Marathon Ash | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Northbrook Bank & Trus | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Sams Club / GEMB | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sams Club / GEMB | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Weisfield Jewelers/Sterling Jewelers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $45,077.00 | $34,224.43 | $34,224.43 | $448.33 |

Case 15-17579   Doc 49   Filed 06/22/17   Entered 06/22/17 15:57:18   Desc Main
                   Document      Page 5 of 10

**UST Form 101-7-TDR (10/1/2010)**

Case 15-17579 Doc 49 Filed 06/22/17 Entered 06/22/17 15:57:18 Desc Main
Document Page 6 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 15-17579-TAB | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CHIERO, ROBERT D. | | | Date Filed (f) or Converted (c): | 05/19/2015 (f) |
| For the Period Ending: | 6/9/2017 | | | §341(a) Meeting Date: | 06/11/2015 |
| | | | | Claims Bar Date: | 04/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Residence: 409 Barnsley Place, Northbrook IL 60062 FMV based off of estimate from lender while attempting to refinance mortgage. | $300,000.00 | $17,824.00 | | $0.00 | FA |
| Asset Notes: | House has less value than indicated based on local realtor | | | | | |
| 2 | Northbrook Bank Checking Account | $2,594.19 | $2,294.19 | | $969.85 | FA |
| 3 | Fifth Third Savings Account | $2,175.66 | $2,175.66 | | $0.00 | FA |
| Asset Notes: | Determined non-exempt funds were actually 2014 tax refund (exempted separately) | | | | | |
| 4 | Misc. household furniture | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Clothes | $100.00 | $0.00 | | $0.00 | FA |
| 6 | 2014 Federal Income Tax Refund | $4,300.00 | $800.00 | | $0.00 | FA |
| Asset Notes: | This tax refund was separately listed by Debtor on schedules; however, it was received prepetition and deposited into his Northbrook Bank checking account, asset no. 2 above. | | | | | |
| 7 | 2014 IDOR State Income Tax Refund | $800.00 | $800.00 | | $0.00 | FA |
| Asset Notes: | This tax refund was separately listed by Debtor on schedules; however, it was received prepetition and deposited into his Northbrook Bank checking account, asset no. 2 above. | | | | | |
| 8 | 2006 Toyota Corolla - 65,000 miles | $4,900.00 | $0.00 | | $0.00 | FA |
| 9 | $1000 pre-payment of 2015 taxes from 2014 refund (u) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| 10 | 2015 tax refund (u) | $0.00 | $753.54 | | $983.00 | FA |
| Asset Notes: | $1983.00 receive 8/15/2016
$753.54 is Estate share
$1000.00 is pre-paid portion from 2014 taxes
$229.46 is Debtor's share | | | | | |

**TOTALS (Excluding unknown value)**

| | $315,069.85 | $25,647.39 | | $2,952.85 | **Gross Value of Remaining Assets** $0.00 |
| --- | --- | --- | --- | --- | --- |

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2        Exhibit 8

| **Case No.:** | 15-17579-TAB | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | CHIERO, ROBERT D. | | | **Date Filed (f) or Converted (c):** | 05/19/2015 (f) |
| **For the Period Ending:** | 6/9/2017 | | | **§341(a) Meeting Date:** | 06/11/2015 |
| | | | | **Claims Bar Date:** | 04/05/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/20/2016   2016 Reporting Period:

Asset Case - Non-exempt funds in debtor's bank account.

$1000 pre-paid 2015 taxes from 2014 return. Awaiting 2015 tax returns for review.

TFR pending receipt of 2015 tax returns.

**Initial Projected Date Of Final Report (TFR):**   12/31/2016        **Current Projected Date Of Final Report (TFR):**        /s/ DAVID LEIBOWITZ

                                                                                                                          DAVID LEIBOWITZ

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-17579-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHIERO, ROBERT D. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6210 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Robert Chiero |
| For Period Beginning: | 5/19/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/9/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/24/2016 | (2) | Robert Chiero | Non-exempt portion of bank account. | 1129-000 | $969.85 | | $969.85 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.25 | $969.60 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $968.04 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $966.48 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $964.98 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $963.48 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.55 | $961.93 |
| 08/15/2016 | | ROBERT CHIERO | 2015 Tax Refund | * | $1,983.00 | | $2,944.93 |
| | {10} | | Estate Portion of Tax Refund     $753.54 | 1224-000 | | | $2,944.93 |
| | {9} | | $1000 pre-payment of 2015 taxes from     $1,000.00
2014 refund | 1224-000 | | | $2,944.93 |
| | {10} | | Debtor's portion of 2015 tax refund     $229.46 | 1224-002 | | | $2,944.93 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.20 | $2,941.73 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.90 | $2,936.83 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.43 | $2,932.40 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.57 | $2,927.83 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.72 | $2,923.11 |
| 01/27/2017 | 3001 | ROBERT CHIERO | 2015 Tax Refund - Debtor's Portion | 8100-002 | | $229.46 | $2,693.65 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.71 | $2,688.94 |
| 05/03/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $5.65; Distribution Dividend: 100.00%; | 3120-000 | | $5.65 | $2,683.29 |
| 05/03/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $1,535.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,535.00 | $1,148.29 |
| 05/03/2017 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $680.85 | $467.44 |
| 05/03/2017 | 3005 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $19.11 | $448.33 |
| 05/03/2017 | 3006 | American InfoSource LP as agent for | Claim #: 1; Amount Claimed: $494.80; Distribution Dividend: 1.31%; | 7100-000 | | $6.47 | $441.86 |
| 05/03/2017 | 3007 | Fifth Third Bank | Claim #: 2; Amount Claimed: $16,534.57; Distribution Dividend: 1.31%; | 7100-900 | | $216.60 | $225.26 |
| | | | **SUBTOTALS** | | $2,952.85 | $2,727.59 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2     Exhibit 9

| Case No. | 15-17579-TAB | | Trustee Name: | David Leibowitz |
| Case Name: | CHIERO, ROBERT D. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6210 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Robert Chiero |
| For Period Beginning: | 5/19/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/9/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/03/2017 | 3008 | Fifth Third Bank | Claim #: 3; Amount Claimed: $9,842.61; Distribution Dividend: 1.31%; | 7100-900 | | $128.94 | $96.32 |
| 05/03/2017 | 3009 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: $4,182.29; Distribution Dividend: 1.31%; | 7100-900 | | $54.79 | $41.53 |
| 05/03/2017 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 5; Amount Claimed: $2,851.83; Distribution Dividend: 1.31%; | 7100-900 | | $37.36 | $4.17 |
| 05/03/2017 | 3011 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.17 | $0.00 |
| | | | Claim Amount    $(4.17) | 7100-901 | | | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | | $2,952.85 | $2,952.85   $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 |
| Subtotal | | $2,952.85 | $2,952.85 |
| Less: Payments to debtors | | $0.00 | $229.46 |
| Net | | $2,952.85 | $2,723.39 |

| For the period of 5/19/2015 to 6/9/2017 | | For the entire history of the account between 02/24/2016 to 6/9/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,723.39 | Total Compensable Receipts: | $2,723.39 |
| Total Non-Compensable Receipts: | $229.46 | Total Non-Compensable Receipts: | $229.46 |
| Total Comp/Non Comp Receipts: | $2,952.85 | Total Comp/Non Comp Receipts: | $2,952.85 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,723.39 | Total Compensable Disbursements: | $2,723.39 |
| Total Non-Compensable Disbursements: | $229.46 | Total Non-Compensable Disbursements: | $229.46 |
| Total Comp/Non Comp Disbursements: | $2,952.85 | Total Comp/Non Comp Disbursements: | $2,952.85 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**     Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 15-17579-TAB | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | CHIERO, ROBERT D. | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | **-***6210 | **Checking Acct #:** | ******7901 | |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Robert Chiero | |
| **For Period Beginning:** | 5/19/2015 | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 6/9/2017 | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,952.85 | $2,952.85 | $0.00 |

**For the period of 5/19/2015 to 6/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,723.39 |
| Total Non-Compensable Receipts: | $229.46 |
| Total Comp/Non Comp Receipts: | $2,952.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,723.39 |
| Total Non-Compensable Disbursements: | $229.46 |
| Total Comp/Non Comp Disbursements: | $2,952.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/19/2015 to 6/9/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,723.39 |
| Total Non-Compensable Receipts: | $229.46 |
| Total Comp/Non Comp Receipts: | $2,952.85 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,723.39 |
| Total Non-Compensable Disbursements: | $229.46 |
| Total Comp/Non Comp Disbursements: | $2,952.85 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ